```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```
ROBERT FUGATE,

    Plaintiff,

v.                              CASE NO. 8:09-CV-2603-T-17AEP

BAYOU MECHANICAL, INC.,

    Defendant.

_____/


ORDER

This cause is before the Court on:

    Dkt. 2 Motion to Proceed IFP
    Dkt. 3 Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the dismiss the Complaint and deny without prejudice Plaintiff's Motion for Leave to Proceed IFP, and to direct Plaintiff to file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure within twenty days of the Court's Order.

The Court has independently examined the pleadings. Plaintiff has not filed an objection to the Report and Recommendation. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and incorporated by reference. The Motion to Proceed IFP is **denied**

Case No. 8:09-CV-2603-T-17AEP

without prejudice.  The Court **dismisses** the Complaint, and directs Plaintiff to file an Amended Complaint which complies with the Federal Rules of Civil Procedure within twenty days of the date of this Order.  If no Amended Complaint is filed, this case will be dismissed at that time with no further Order.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 7th day of April, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record